FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

APR 2 6 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Ingles Markets Incorporated,<br><br>*Plaintiff*,<br><br>v.<br><br>Hall County, a political subdivision of Georgia, Mark Lewallen in his capacity as Inspector for Hall County, and Tom Oliver in his capacity as Hall County Commission Chairman,<br><br>*Defendants*. | Civil Action No. _____<br><br>2:10-CV-0074 |

## PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

COMES NOW Plaintiff Ingles Markets Incorporated ("Ingles"), and respectfully moves for temporary and preliminary injunctive relief to maintain the status quo pending resolution of the claims for relief under the declaratory judgment statute and 42 U.S.C. § 1983. Plaintiff's Motion should be granted on the following grounds: (1) in the absence of immediate injunctive relief, Plaintiff would suffer irreparable harm, i.e. the deprivation of its ability to defend itself in an ongoing jury trial and the requirement to operate its storm water detention

facility contrary to its intended design and the final as-built plans approved by the County, for which there is no adequate remedy at law; (2) the harm to Plaintiff far outweighs any harm to Defendants, if any, from maintaining the status quo; (3) Plaintiff has a substantial likelihood of success on the merits based on the plans approved by the County that plainly show the design for the detention facility as the status quo; (4) the interests of the general public would be served by the grant of the injunctive relief sought, because the storm water ultimately drains onto an adjacent property and is currently the subject of a jury trial in the Superior Court of Hall County.

In support of this Motion, Plaintiffs rely upon the Complaint for Declaratory and Injunctive Relief filed concurrently herewith, the accompanying Brief in support of this Motion, the Declaration of Mike Attaway and all matters of record.

Immediate injunctive relief is necessary, because Defendants are wrongfully requiring Plaintiff to operate the storm water detention facility contrary to its intended design as approved by Hall County in the as built plans.

WHEREFORE, Plaintiff respectfully pray for an order granting immediate and preliminary injunctive relief to immediately and preliminarily enjoin Defendant Hall County, its departments, agents, inspectors, servants, and employees, Defendant Mark Lewallen, County Inspector, and Tom Oliver, County

2

Commission Chairman, from directing, instructing, or requiring Ingles to do anything inconsistent with the plans for the storm water detention facility approved by Hall County, including but not limited to leaving the Gate Valve open or instructing anyone to leave the Gate Valve open, which the plans approved by Hall County require to be closed other than for maintenance.

Respectfully submitted, this, the 26th of April, 2010.

HARTMAN, SIMONS & WOOD, LLP

*/s/ Kristen Yadlosky*
Samuel R. Arden
Georgia Bar No. 021228
Kristen Yadlosky
Georgia Bar No. 779615
6400 Powers Ferry Road, N.W., Suite 400
Atlanta, Georgia 30339
Tele: (770) 951-6590
Fax: (770) 858-1097
sam.arden@hartmansimons.com
kristen.yadlosky@hartmansimons.com

Counsel for Plaintiff Ingles Markets Incorporated

## LOCAL RULE 7.1D CERTIFICATE

I hereby certify that the foregoing complies with the font size and point requirements of Local Rule 5.1B.

*/s/ Kristen Yadlosky*
Kristen Yadlosky

3

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed a true and correct copy of the foregoing document in the United States District Court for the Northern District of Georgia, with notice of same being served on Defendant by e-mail and United States Mail with adequate postage and properly addressed as follows:

William H. Blalock, Jr.<br>
Stewart, Melvin & Frost, LLP<br>
200 Main Street, Suite 600<br>
Gainesville, GA 30503-3290

This 26th day of April, 2010.

_____
Kristen Yadlosky

2117586-1 11865.0716902