FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

APR 2 6 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Ingles Markets Incorporated,<br><br>*Plaintiff*,<br><br>v.<br><br>Hall County, a political subdivision of Georgia, Mark Lewallen in his capacity as Inspector for Hall County, and Tom Oliver In his capacity as Hall County Commission Chairman<br><br>*Defendants*. | Civil Action No. _____<br><br>2:10-CV-0074 |

## ORDER

Upon motion of Plaintiff Ingles Markets Incorporated ("Ingles") and the pleadings, all evidence of record and the arguments of counsel, Plaintiff's Motion for Immediate Injunctive Relief is hereby GRANTED.

IT IS HEREBY ORDERED that Plaintiff's Motion for Immediate Injunctive Relief is GRANTED;

IT IS FURTHER ORDERED that, until further order of the Court, Defendant Hall County, its departments, agents, inspectors, servants, and employees, Defendant Mark Lewallen, County Inspector, and Tom Oliver, County

Commission Chairman, are hereby immediately enjoined from directing, instructing, or requiring Ingles to do anything inconsistent with the plans for the storm water detention facility approved by Hall County, including but not limited to leaving the Gate Valve open or instructing anyone to leave the Gate Valve open, which the plans approved by Hall County require to be closed other than for maintenance.

SO ORDERED, this 26th day of April, 2010.

_____
Judge, United States District Court
For the Northern District of Georgia,
Gainsville Division

Prepared and Presented by:

_____
Samuel R. Arden
Georgia Bar No. 021228
Kristen Yadlosky
Georgia Bar No. 779615
HARTMAN, SIMONS & WOOD LLP
6400 Powers Ferry Rd., NW, Ste. 400
Atlanta, Georgia 30339
T: (770) 951-6590 F: (770) 858-1097
sam.arden@hartmansimons.com
kristen.yadlosky@hartmansimons.com

**Counsel for Plaintiff**

## **LOCAL RULE 7.1D CERTIFICATE**

I hereby certify that the foregoing complies with the font size and point requirements of Local Rule 5.1B.

*/s/ Kristen Yadlosky*
Kristen Yadlosky